## SALVATORE CARACOGLIA *v.* BOARD OF EDUCATION OF THE TOWN OF MIDDLETOWN (AC 17100)

Lavery, Spear and Kulawiz, Js.

Argued May 28—officially released June 30, 1998

Per Curiam. The judgment is affirmed.

## AMICA MUTUAL INSURANCE COMPANY *v.* WILLIAM JACOMINI (AC 17347)

Lavery, Sullivan and Spallone, Js.

Argued May 29—officially released June 30, 1998

Per Curiam. The judgment is affirmed.

## HELENE R. O'CONNELL *v.* SAVINGS BANK LIFE INSURANCE COMPANY (AC 16868)

O'Connell, C. J., and Schaller and Healey, Js.

Argued April 29—officially released June 30, 1998

Per Curiam. The judgment is affirmed.